CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA.
FILED

JUN 03 2015

JULIA C. DUDLEY, CLERK
BY: /s/
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| DAVID B. SEARS, | Civil Action No. 7:14CV00036 |
| Plaintiff, | **FINAL ORDER** |
| v. | |
| BARETTA FINANCIAL, | Hon. Glen E. Conrad |
| Defendant. | Chief United States District Judge |

For the reasons stated in the accompanying memorandum opinion, it is now

### ORDERED

as follows:

1. David B. Sears' motion for default judgment against Baretta Financial (Docket No. 22) is **GRANTED**;

2. Judgment is entered in favor Sears and against Baretta Financial in the amount of $2,740.00;

3. Sears shall be entitled to post-judgment interest at the statutory rate until the judgment is fully paid, pursuant to 28 U.S.C. § 1961;

4. This action shall be stricken from the active docket of the court.

The Clerk is directed to send certified copies of this order and the accompanying memorandum opinion to the defendant and all counsel of record.

ENTER: This 3rd day of June, 2015.

/s/ Glen E. Conrad
Chief United States District Judge